UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 15-01306-VAP (SPx) | Date | September 14, 2015 |
| Title | RYAN GILBERT -v- INFINITY INSURANCE COMPANY, INFINITY AUTO INSURANCE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE | | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Marva Dillard | Phyllis Preston | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| ANDREW J. KNEZ | JOHN D. EDSON | |

Proceedings: PLAINTIFF'S MOTION TO REMAND CASE TO RIVERSIDE SUPERIOR COURT [ECF 8]

    Court issues a tentative ruling, hears oral argument and takes the matter under submission.

- : 5

Initials of Preparer    md