# United States District Court
## Central District of California
### Eastern Division

Ryan Gilbert,

     Plaintiff,

  v.

Infinity Insurance Company et al.,

     Defendants.

EDCV 15-1306-VAP (SPx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated:   5/12/16

                Virginia A. Phillips
                United States District Judge